*Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1581. STATE *v.* LAWRENCE D. DURRELL. Motion of defendant to assign for hearing is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1762. STATE *ex rel.* WILLIAM E. RACIDAN *v.* GUY R. BERKER. Motion of defendant that court summarily sustain exception is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1397. *In re* THREE MINOR CHILDREN. Petition for reargument is denied. *Harold E. Krause, Jr.,* Rhode Island Legal Services, Inc., for appellant. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, for appellee.

APPEAL No. 1425. HOUSING AUTHORITY OF WOONSOCKET *v.* RITA FETZIK. Motion for leave to reargue denied. *Lavine and Sutherland, Joseph M. DiGianfilippo,* for appellee. *V. Paul McGinn,* Rhode Island Legal Services, Inc., for appellant.

APPEAL No. 1771. GEORGE F. GILLIGAN *v.* HUGO P. MARSOCCI. Motion of appellant that truth of papers and pleadings be established is granted. *Aram K. Berberian,* for appellant. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for appellee.

## May 31, 1972.

APPEAL No. 1508. RALPH SAN ANTONIO *v.* AL IZZI'S MOTOR SALES, INC. Motion for counsel fee pursuant to G.L. 1956, §28-35-32, as amended, is granted, and petitioner awarded a fee of $1,200 for services rendered before Supreme Court. *Carmine R. DiPetrillo,* for petitioner. *John G. Carroll,* for respondent.